# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**TINA SCHNEIDER,**

    Plaintiff,

                          **CASE NO.    1:10-cv-747**

**-vs-**

                          **Judge Timothy S. Black**

**PROCTER & GAMBLE COMPANY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 9) is **GRANTED**, and that the case is **CLOSED**.

Date:   January 20, 2012                         **JAMES BONINI, CLERK**

                                                        By: s/ M. Rogers
                                                        Deputy Clerk