UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**TINA SCHNEIDER,**

    Plaintiff,

                                                                CASE NO.    1:10-cv-747

-vs-

                                                                Judge Timothy S. Black

**PROCTER & GAMBLE COMPANY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment (Doc. 9) is **GRANTED**, and that the case is **CLOSED**.

Date:  January 20, 2012                                   **JAMES BONINI, CLERK**

                                                                 By: <u>s/ M. Rogers</u>
                                                                  Deputy Clerk